125 BROAD STREET
NEW YORK, N.Y. 10004-2498

DJF

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 23 2006 ★

BROOKLYN OFFICE

October 19, 2006

*Application granted.*
*The sentencing is adjourned to*
*12/13/06 @ 2:30 pm*
*So ordered.*
*USDJ*
*10/19/06*
*cc: counsel*

<u>By Facsimile and Electronic Filing</u>

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>United States v. Rodney Reid, 05 CR 596 (ARR)</u>

Dear Judge Ross:

On behalf of the defendant Rodney Reid, we write to request an adjournment of Mr. Reid's sentencing, which is currently scheduled for October 23, 2006. We did not receive Mr. Reid's Presentence Investigation Report until October 13, 2006, and we need additional time to review the report with our client, make any objections, and prepare our sentencing submission to the Court. Accordingly, we request that Mr. Reid's sentencing be rescheduled to a date in late November or early December.

I have conferred with counsel for the government, who has no objection to our request.

Respectfully submitted,

Samuel W. Seymour
Nicolas Bourtin

cc:   Steven Weiser, Esq.

# FAX COVER PAGE

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

📠 FAX NUMBER
☎ VOICE NUMBER

Date: October 19, 2006

**FROM:**        SENDER'S NUMBER(S)

Nicolas Bourtin        ☎ (212) 558-3920
                       📠 (212) 558-3588

**TO:**        COMPANY        NUMBER(S)

1.  The Honorable Allyne R. Ross    U.S. District Court, Eastern District of    📠 718-613-2386
                                    New York                                    ☎ 718-613-2380

2.  Steven Weiser,                  U.S. Attorney's Office, Eastern District of 📠 718-254-6320
    Assistant U.S. Attorney         New York                                    ☎ 718-254-6313

*Message:*

Please see attached.

Number of pages sent
(including cover sheet[s])        2

If there are any problems with this facsimile, please call Yolanda Harvey at this number: (212) 558-7275.

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.